CLERKS OFFICE US DISTRICT COURT
AT ROANOKE, VA
FILED
January 23, 2026
LAURA A. AUSTIN, CLERK
BY: /s/ Megan Poff
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| **CHRISTOPHER V. ALEXANDER,** | ) | |
| Plaintiff, | ) | Case No. 7:25CV00883 |
| v. | ) | **OPINION** |
| **VIRGINIA DOC,** | ) | JUDGE JAMES P. JONES |
| Defendant. | ) | |

*Christopher V. Alexander, Pro Se Plaintiff.*

The plaintiff, proceeding pro se, filed a pleading which the court construed as a Petition for a Writ of Habeas Corpus under 28 U.S.C. § 2254. By Order entered December 5, 2025, the court conditionally filed Alexander's petition and, among other things, directed Alexander to notify the court in writing immediately upon his transfer or release and provide a new address. The Order warned him that failure to comply with this requirement would result in dismissal of the action without prejudice. That mailing to Alexander, directed to the address he had provided with his petition, was returned by the postal service to the court as undeliverable with a stamp on the envelope indicating that Alexander is no longer at that location. Without a current mailing address for Alexander, the court cannot communicate to him the next steps he needs to take to prosecute his habeas case in this court as

required for this litigation.  Accordingly, the court concludes that Alexander may have lost interest in prosecuting this habeas corpus action and will, therefore, dismiss it without prejudice.  *See Ballard v. Carlson*, 882 F.2d 93, 96 (4th Cir. 1989) (stating pro se litigants are subject to time requirements and respect for court orders and dismissal is an appropriate sanction for non-compliance).

    A separate Judgment will be entered herewith.

                                    ENTER:   January 23, 2026

                                    /s/  JAMES P. JONES
                                    Senior United States District Judge